IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No.: 1:03CR115-1 |
| | ) | |
| CYNTHIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

SATISFACTION OF RESTITUTION

The restitution in the above-entitled case having been paid, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said restitution imposed by the judgment of record.

This the 20th day of November, 2006.

ANNA MILLS WAGONER
United States Attorney

/s/Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 1:03CR115-1 |
| | ) | |
| CYNTHIA BARNES, | ) | |
| | ) | |
| Defendant. | ) | <u>CERTIFICATE OF SERVICE</u> |

I hereby certify that on November 20, 2006, the foregoing Satisfaction of Restitution was electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that the document was mailed to the following non-CM/ECF participants:

Cynthia Barnes
P.O. Box 1372
Stafford, VA 22554

    Respectfully submitted,

    ANNA MILLS WAGONER
    United States Attorney

    /s/Joan B. Binkley
    Assistant United States Attorney
    NCSB# 18100
    United States Attorney's Office
    Middle District of North Carolina
    P. O. Box 1858
    Greensboro, NC 27402
    Phone: 336/333-5351
    E-mail: joan.binkley@usdoj.gov